ORIGINAL

KRISTEN L. CHURCHILL, CBN 167908
CADENA CHURCHILL, LLP
1202 Kettner Blvd., Suite 4100
San Diego, CA 92101
(619) 234-3776 Telephone
(619) 234-3641 Facsimile

FILED

06 OCT -3 PM 2: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 06cr1234-JAH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING DATE |
| ROBIN HUDNELL, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE that the Sentencing Hearing Date for Defendant, Robin Hudnell, be continued from October 5, 2006 to November 17, 2006 at 9:30 a.m.

Dated: September 29, 2006

_____
KRISTEN L. CHURCHILL, Esq.
CADENA CHURCHILL, LLP
Attorneys for Defendant Robin Hudnell

Dated: September 29, 2006

_____
LAURA DUFFY, Esq.
Assistant U.S. Attorney

1 | I hereby waive time under the Speedy Trial Act and acknowledge and consent to the new sentencing date.

2 | 9/29/06

3 | ROBIN HUDNELL

4 |

5 | SO ORDERED. 10-2-06

6 | Dated:

7 | HON. JOHN A. HOUSTON
United States District Judge